

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00295-CV

| | | |
|---|---|---|
| IN RE REECE MICHAEL JACOBS, Relator | § | Original Proceeding |
| | § | 362nd District Court of Denton County, Texas |
| | § | Trial Court No. 2013-40293-362 |
| | § | July 14, 2025 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered relator's petition for writ of habeas corpus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of habeas corpus and direct the trial court to immediately discharge Relator Reece Michael Jacobs from custody and order him and any sureties discharged from all obligations of his bond.

It is further ordered that Real Party in Interest Jennifer Lynette Howse shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr